UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MOHAMMAD NAJIB,

                 Plaintiff,         Case No. 03-CV-3010 (PAC)

      -against-

RENEE J.G. ARNOLD, DIANA J. KANIECKI,
AND PHARMACON INTERNATIONAL, INC.,

                 Defendants.
_____x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 MAR 2009

*March 12, 2009*

*The motion for reconsideration is denied.*

*So ordered.*
*Paul Crotty*

**MEMO ENDORSED**

**PLAINTIFF MOHAMMAD NAJIB'S MEMORANDUM
OF LAW IN SUPPORT OF HIS MOTION TO RECONSIDER**

**LEWIS, CLIFTON & NIKOLAIDIS, P.C.**
275 Seventh Avenue, Suite 2300
New York, New York 10001
(212) 419-1500
*Attorneys for Plaintiff Mohammad Najib*