UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOHAMMED NAJIB,

              Plaintiff,

    -against-

RENEE J.G. ARNOLD, DIANA J. KANIECKI,
and PHARMACON INTERNATIONAL, INC.

              Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 5 JUN 2009

03 Civ. 3010 (PAC)

<u>ORDER</u>

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court has been informed that Defendant Diana J. Kaniecki filed for bankruptcy on June 3, 2009. In light of this filing, both the conference scheduled for Monday, June 8, 2009 at 2:45 p.m. and the trial scheduled to begin on Monday, June 15, 2009 are cancelled. The Court would appreciate receiving letters from the parties regarding the nature and timing of the next steps to be taken in this matter.

Dated: New York, New York
       June 5, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge